**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Tatianna M. Martinez,

                    **Plaintiff,**

        **-against-**

Commissioner of Social Security,

                    **Defendant.**

           **1:25-cv-09232 (LJL) (SDA)**

           **ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

On November 10, 2025, notice was filed of the commencement of this action. Accordingly, the administrative record was due within 60 days of commencement. Taking into account the 2025 U.S. government shutdown, which ended on November 13, 2025, the deadline for submission was January 13, 2026 and the administrative record is now overdue.

It is hereby ORDERED that the Commissioner shall file it no later Friday, February 6, 2026.

**SO ORDERED.**

DATED:   New York, New York
             January 23, 2026

_____

STEWART D. AARON
United States Magistrate Judge