# OSBORN LAW P.C.

Daniel A. Osborn, Esq.                                          dosborn@osbornlawpc.com
Lindsay M. Trust, Esq.                                          ltrust@osbornlawpc.com

February 17, 2026          Application GRANTED.

So ORDERED.
Dated: February 18, 2026

*Att cf an*

**VIA ECF**

Honorable Stewart D. Aaron
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

        Re:    *Martinez v. Commissioner of Social Security,*
                Civil Action 1:25-cv-09232-SDA

Dear Judge Aaron,

      We write on behalf of plaintiff, Titianna M. Martinez, and with the consent of the defendant, to request a 90-day extension of time to file plaintiff's motion for judgment on the pleadings which is due on February 28, 2026, per the Court's January 23, 2026 Order. This is the parties' first request for an extension. The Plaintiff requests this extension due to a heavy caseload with overlapping deadlines in the following weeks and the Defense requests it due to workload constraints.

      After conferring with the defendant, the parties have agreed to proceed according to the following amended scheduling order, subject to the Court's approval:

1. Plaintiff to file her motion for judgment on the pleadings on or before: **May 29, 2026**;

2. Defendant to file its response to plaintiff's motion/cross motion on or before: **August 27, 2026**; and

3. Plaintiff to file her reply, if any, on or before: **September 10, 2026.**

43 West 43rd Street, Suite 131      Telephone 212-725-9800      osbornlawpc.com
New York, New York 10036      Facsimile  212-500-5115      info@osbornlawpc.com

Honorable Stewart D. Aaron
February 17, 2026
Page 2

Thank you for your consideration of this request.

Respectfully submitted,

s/Daniel A. Osborn
Daniel A. Osborn
OSBORN LAW, P.C.
43 West 43rd Street, Suite 131
New York, New York 10036
Telephone:    212-725-9800
Facsimile:    212-500-5115
dosborn@osbornlawpc.com

cc: Sergei Aden, Esq. (by ECF)