# OSBORN LAW P.C.

Daniel A. Osborn, Esq.                                          dosborn@osbornlawpc.com
Lindsay M. Trust, Esq.                                          ltrust@osbornlawpc.com

May 18, 2026

Application GRANTED IN PART and DENIED IN PART. The deadline for Plaintiff to file her motion for judgment on the pleadings is hereby extended to Wednesday, July 8, 2026. Defendant's response is due Wednesday, September 9, 2026, and Plaintiff's reply, if any, is due Wednesday, September 23, 2026.
SO ORDERED.
Dated: May 18, 2026

**VIA ECF**

Honorable Stewart D. Aaron
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

> Re:    *Martinez v. Commissioner of Social Security,*
>        Civil Action 1:25-cv-09232-SDA

Dear Judge Aaron,

We write on behalf of plaintiff, Tatianna M. Martinez, and with the consent of the defendant, to request a 40-day extension of time to file plaintiff's motion for judgment on the pleadings which is due on May 29, 2026, per the Court's February 18, 2026 Order granting Extension of Time. This is the parties' second request for an extension. The plaintiff requests this extension due to a heavy caseload with overlapping deadlines over the upcoming weeks.

After conferring with the defendant, the parties have agreed to proceed according to the following amended scheduling order, subject to the Court's approval:

1.    Plaintiff to file her motion for judgment on the pleadings on or before: **July 8, 2026**;

2.    Defendant to file its response to plaintiff's motion/cross motion on or before: **October 6, 2026**; and

3.    Plaintiff to file her reply, if any, on or before: **October 20, 2026.**

43 West 43rd Street, Suite 131                Telephone 212-725-9800        osbornlawpc.com
New York, New York 10036                      Facsimile  212-500-5115        info@osbornlawpc.com

Honorable Stewart D. Aaron
May 18, 2026
Page 2

Thank you for your consideration of this request.

Respectfully submitted,

s/Daniel A. Osborn
Daniel A. Osborn
OSBORN LAW, P.C.
43 West 43rd Street, Suite 131
New York, New York 10036
Telephone:    212-725-9800
Facsimile:    212-500-5115
dosborn@osbornlawpc.com

cc: Sergei Aden, Esq. (by ECF)